FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH

SEP 09 2025

GARY P. SEDAR
CLERK OF COURT
BY ______________________
DEPUTY CLERK

FELICE JOHN VITI, Acting United States Attorney (#7007)
BRADY WILSON, Assistant United States Attorney (#17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4266
brady.wilson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PENA HERMINIO VALDIVIEZO, and GUADALUPE HERNANDEZ LUNGINO, aka TOMAS MORAS,<br><br>Defendants. | INDICTMENT<br><br>COUNT 1: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute (>400 grams)<br><br>Case: 4:25-cr-00096<br>Assigned To : Allen, Ann Marie McIff<br>Assign. Date : 9/8/2025<br>Description: USA v. |

The Grand Jury charges:

COUNT 1
21 U.S.C. § 841(a)(1)
(Possession of Fentanyl with Intent to Distribute)

On or about August 3, 2025, in the District of Utah,

PENA HERMINIO VALDIVIEZO, and
GUADALUPE HERNANDEZ LUNGINO,
aka TOMAS MORAS,

defendants herein, did knowingly and intentionally possess with intent to distribute four

hundred (400) grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- (2-phenylethyl ) -4-piperidinyl ] propanamide ("Fentanyl"), a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

FELICE JOHN VITI
Acting United States Attorney

BRADY WILSON
Assistant United States Attorney